# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

157092

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JERMAINE HARRIS, Personal Representative
of the Estate of ANNIE RUTH FLIE,
      Plaintiff-Appellant,

v

OAKWOOD HEALTHCARE, INC., d/b/a
OAKWOOD HOSPITAL & MEDICAL CENTER,
ANAND HIREMATH, M.D., LUNINGNING V.
REGALADO, M.D., NORMITA VICENCIO,
M.D., PC, WILLIAM I. MICHELS, III, D.O., and
DEARBORN FAMILY CLINIC, PC,
      Defendants,
and

JOSEPH C. FINCH, D.O., and JOSEPH C.
FINCH, D.O., PC,
      Defendants-Appellees.

SC: 157092
COA: 333389
Wayne CC: 14-006622-NH

_____/

      On order of the Court, the application for leave to appeal the December 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018

Clerk

t0927